NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN BERRY, DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT,**
*Petitioner,*

v.

**RHONDA K. CONYERS AND DEVON HAUGHTON NORTHOVER,**
*Respondents,*

AND

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3207

---

Petition for Review of the Merit Systems Protection Board in consolidated case nos. CH0752090925-R-1 and AT0752100184-R-1.

---

**ON MOTION**

---

**ORDER**

The National Treasury Employees Union moves without opposition to file a brief amicus curiae.

Because the brief would be filed on consent, no motion is necessary. Fed. Cir. R. 29(c).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied as unnecessary. The brief, if it has not already been filed, is due within 10 days of the date of filing of this order.

FOR THE COURT

DEC 2 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Abby C. Wright, Esq.
Andres M. Grajales, Esq.
Jeffrey A. Gauger, Esq.
Gregory J. O'Duden, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2011

JAN HORBALY
CLERK